Angela Denise WILSON, Appellant,

v.

John MAPLES, Warden, McPherson Unit, ADC; Lavonda Dunivon, Sgt., McPherson Unit, ADC; Patricia Roberts, Sgt., McPherson Unit, ADC; Boyd Martin, Lt., McPherson Unit, ADC; Judy Steed, Law Library Clerk, McPherson Unit, ADC; Roger L. Ayers, Disciplinary Hearing Officer, Unit, ADC; Phillip Cargill, Disciplinary Hearing Officer, McPherson Unit, ADC; Kramer Jones, Officer, McPherson Unit, ADC; Virginia Hurst, Corporal, McPherson Unit, ADC; Sara Sallis, Officer, McPherson Unit, ADC; Nancy Sanchez, Corporal, McPherson Unit, ADC; Brandy Wilson, Officer, McPherson Unit, ADC; Stephen Gilbert, Sgt., McPherson Unit, ADC; Scott Hearyman, Disciplinary Hearing Administrator, McPherson Unit, ADC; Gwen Cox, Sgt., McPherson Unit, ADC; Gloria Lloyd, Mental Health Administrator, McPherson Unit, ADC; Michel Epperson, Officer, McPherson Unit, ADC; Daniel Heflin, Sgt., McPherson Unit, ADC; Aaron Pearrow, Officer, McPherson Unit, ADC; Ronnie Jackson, Sgt., McPherson Unit, ADC; Linda Dixon, Major, McPherson Unit, ADC; Donna Jarrett, Officer, McPherson Unit, ADC; Candy Ashby, Disciplinary Hearing Officer, McPherson Unit, ADC; Stephanie Washum, IPO, McPherson Unit, ADC; Megan Merideth, Officer, McPherson Unit, ADC; Kevin Pylet, Officer, McPherson Unit, ADC; Dexter Payne, Assistant Warden, McPherson Unit, ADC; Jeannie Long, Classification Administrator, McPherson Unit, ADC; Jennifer Martin, Program Coordinator, McPherson Unit, ADC; John Dean, SATP Supervisor,

McPherson Unit, ADC; Pansy Rucker, Kitchen Captain, McPherson Unit, ADC; Loriel Sellars, Mental Health Administrator, McPherson Unit, ADC; Todd Ball, Deputy Warden, McPherson Unit, ADC; Matthew Lee, Lt., McPherson Unit, ADC; Judy Doyle, Mental Health, McPherson Unit, ADC; Jeffery Deen, Captain, McPherson Unit, ADC; Judy Taylor, Deputy Warden, McPherson Unit, ADC.

No. 10–2605.

United States Court of Appeals, Eighth Circuit.

Submitted: March 25, 2011.

Filed: March 31, 2011.

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate Angela Wilson appeals the district court's [1] adverse grant of summary judgment and denial of preliminary injunctive relief in her 42 U.S.C. § 1983 suit against employees of the Arkansas Department of Correction. Having carefully reviewed the record and considered Wilson's arguments, we find no basis for reversal. *See CDI Energy Servs., Inc. v. West River Pumps, Inc.*, 567 F.3d 398, 401–02 (8th Cir.2009) (denial of preliminary injunction is reviewed for abuse of discretion); *Freeman v. Ace Tel. Ass'n*, 467 F.3d 695, 697 (8th Cir.2006) (summary judgment is reviewed de novo). Accord-

ingly, we affirm the district court's judgment, *see* 8th Cir. R. 47B; and we deny Wilson's motion for appointed appellate counsel.

---

1. The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.